Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

DOMINQUE JIMERSON,

          Defendant.

No. CR18-131RAJ

ORDER ON MOTION TO
REVOKE MAGISTRATE
JUDGE'S DETENTION ORDER

THIS MATTER comes before the Court on Defendant Dominque Jimerson's Motion to Revoke Magistrate Judge's Detention Order, and the Court having considered the motion, the Government's Response, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Revoke the Magistrate Judge's Detention Order (Dkt. #320) is DENIED.

DATED this 7th day of August, 2018.

The Honorable Richard A. Jones
United States District Judge