THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINQUE JIMERSON,<br><br>Defendant. | NO.  CR18-00131-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PRO SE MOTION FOR COMPASSIONATE RELEASE |

THE COURT has considered the unopposed motion filed by counsel for Mr. Jimerson to withdraw his pending pro se motion for compassionate release.

IT IS NOW ORDERED that the pro se motion for compassionate release is withdrawn.

DATED this 10th day of July, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge
ORDER GRANTING MOTION TO WITHDRAW PRO SE
MOTION FOR COMPASSIONATE RELEASE (DKT. 1351) - 1

**THE GEISNESS LAW FIRM**
The Colman Building, Suite 300
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173