The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOMINQUE JIMERSON,<br><br>　　　　　　　Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER GRANTING PARTIES' STIPULATED BRIEFING SCHEDULE |

Having considered the parties' Stipulated Motion Concerning Briefing Schedule, the Court GRANTS the Stipulated Motion (Dkt. #1413) and enters the following briefing schedule as it relates to Defendant Dominque Jimerson's Motion for Compassionate Release:

1. Counsel for Dominque Jimerson shall file any renewed or amended motion on or before August 25, 2020.
2. The United States shall file a response to such motion on or before September 2, 2020.
3. Any reply brief will be filed on or before September 4, 2020, and the motion noted for that date.

DATED this 24th day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER REGARDING BRIEFING SCHEDULE
*United States v. Cheatham,* 2:18-CR-131-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970