THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:18-cr-00131-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL EXHIBITS |
| | ) | |
| DOMINQUE JIMERSON, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Defendant's Motion to Seal Exhibit 2 and Exhibit 7 to his Motion for Compassionate Release.  The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit 2 and Exhibit 7 to the Motion for Compassionate Release, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1427) is GRANTED. Exhibit 2 and Exhibit 7 to Defendant's Motion for Compassionate Release shall remain filed under seal.

DATED this 26th day of August, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL EXHIBITS
(*Dominque Jimerson,* CR18-00131-RAJ) - 1

GEISNESS LAW FIRM
811 1st Avenue, Ste. 300
Seattle, WA 98104
(206) 728-8866